■ HARRY A. ROYSON v. NEW SCHOOL FOR SOCIAL RESEARCH et al.— Motion granted only to the extent of staying that part of the order of the Supreme Court, New York County, entered on May 22, 1972, which granted leave to the plaintiff to replead the third cause of action against the New School for Social Research until 20 days after service of a copy of the order of this court determining the appeal on appellant by respondents, with notice of entry, on condition that the appeal is perfected for the September 1972 Term of this court. Upon failure to so perfect the appeal, an order vacating the stay may be entered ex parte, provided a copy of the order entered on this motion is served upon the appellant by the respondents within 10 days after the date of entry thereof. Concur — Markewich, J. P., Kupferman, Murphy, Tilzer and Capozzoli, JJ.

■ KURT J. OSBORNE et al v. BENJAMIN MILLER et al.— Motion granted to the extent of modifying the order of this court entered on February 10, 1972 so as to eliminate the requirement for personal service of said order on the appellant and to provide in lieu thereof for substituted service upon him pursuant to the provisions of CPLR 308 (subd. 4), together with service of another copy by registered mail, return receipt requested; appellant is directed to appear for examination at Special Term, Part II, Supreme Court, New York County, on a date no earlier than 30 days after the date of the order entered on this motion, provided that a copy of both orders be served upon the appellant by respondents, in the manner described above, within five days from the date of entry thereof. Concur — Nunez, J. P., Kupferman, McNally, Steuer and Capozzoli, JJ.